No. 10-9546. Albert Edgerton, Petitioner v. United States.

563 U.S. 951, 131 S. Ct. 2132, 179 L. Ed. 2d 920, 2011 U.S. LEXIS 2877.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 408 Fed. Appx. 733.

No. 10-9548. Donnell Taylor, Petitioner v. United States.

563 U.S. 952, 131 S. Ct. 2132, 179 L. Ed. 2d 920, 2011 U.S. LEXIS 2872.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 385 Fed. Appx. 317.

No. 10-9552. Kirtis Thomas, Petitioner v. United States.

563 U.S. 952, 131 S. Ct. 2132, 179 L. Ed. 2d 920, 2011 U.S. LEXIS 2864.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 404 Fed. Appx. 958.

No. 10-9553. Curtis Lamont Titus, Petitioner v. United States.

563 U.S. 952, 131 S. Ct. 2132, 179 L. Ed. 2d 920, 2011 U.S. LEXIS 2881.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 480 Fed. Appx. 755.

No. 10-9557. John Whitfield, Petitioner v. David O'Connell, et al.

563 U.S. 952, 131 S. Ct. 2132, 179 L. Ed. 2d 920, 2011 U.S. LEXIS 2883.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 402 Fed. Appx. 563.

No. 10-9559. Roman Santistevan, Petitioner v. United States.

563 U.S. 952, 131 S. Ct. 2132, 179 L. Ed. 2d 920, 2011 U.S. LEXIS 2927.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 412 Fed. Appx. 142.

No. 10-9560. Jaime Ruvalcaba, Petitioner v. United States.

563 U.S. 952, 131 S. Ct. 2133, 179 L. Ed. 2d 920, 2011 U.S. LEXIS 2910.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 627 F.3d 218.

No. 10-9561. Pierre Coleman, Petitioner v. United States.

563 U.S. 952, 131 S. Ct. 2133, 179 L. Ed. 2d 920, 2011 U.S. LEXIS 2932.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 416 Fed. Appx. 41.